UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTAH CHARLES KOON, ) | |
| ) | 1:11-00131-BAM-HC |
| Petitioner, ) | |
| ) | ORDER DEEMING PETITIONER'S |
| ) | OPPOSITION TO BE PETITIONER'S |
| v.  ) | TRAVERSE (DOC. 20) |
| ) | |
| R. E. BARNES, ) | |
| ) | |
| Respondent. ) | |
| ) | |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment.

    On November 16, 2011, Petitioner filed a document (doc. 20) entitled "OPPOSITION OF STATEMENT," which the Court DEEMS to be Petitioner's traverse to the answer previously filed by Respondent.

    IT IS SO ORDERED.

Dated:   November 17, 2011            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

1