UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTAH CHARLES KOON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>R. E. BARNES,<br><br>　　　　Respondent.<br>_____/ | 1:11-cv-00131-BAM  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT #22) |

　　　　Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.

　　　　Here, the claims are not numerous or complex, and Petitioner has filed a traverse.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

　　　　IT IS SO ORDERED.

　Dated:   **March 27, 2013**　　　　　　　　　　／s／ **Barbara A. McAuliffe**

UNITED STATES MAGISTRATE JUDGE